**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 11-cr-00421-WJM-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. JORGE LUIS QUIROZ, JR.**,

    Defendant.

_____

**ORDER GRANTING "UNOPPOSED MOTION TO REDUCE SENTENCE
PURSUANT TO 18 U.S.C. § 3582"**
_____

This matter is before the Court on the Defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582." (ECF No. 64). Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u); 2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10; 3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

    Previous Offense Level:    33
    Criminal History Category:    III
    Previous Guideline Range:    168-210 months

    Amended Offense Level:    31

    Criminal History Category:  III
    Amended Guideline Range:  135-168 months

  It is further ordered that the motion is GRANTED.  Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of 113 months imprisonment is reduced to **90 months**, EFFECTIVE November 1, 2015.

  All other provisions of the Judgment entered on July 13, 2012, shall remain in effect.

  Dated this 26th day of May, 2015.

                BY THE COURT:

                _____
                William J. Martinez
                United States District Judge